No. 1132. HOLLEY v. UNITED STATES. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Paul B. Moody* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Benjamin M. Brodsky* for the United States.

No. 1145. LEMAR ET AL. v. KENTENIA CUMBERLAND CORP. ET AL. May 25, 1942. The motion for leave to proceed on typewritten papers is granted. The petition for writ of certiorari to the Court of Appeals of Kentucky is denied. *W. J. Lemar, pro se.*

No. 1156. ROSS v. COMMISSIONER OF INTERNAL REVENUE. May 25, 1942. The motion to defer consideration of the application for writ of certiorari is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit is denied. *Mr. L. A. Luce* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Bernard Chertcoff,* and *Robert L. Stern* for respondent.

No. 1229. KLAXON COMPANY v. STENTOR ELECTRIC MANUFACTURING Co. May 25, 1942. The motion to use the certified transcript in No. 741, October Term, 1940, and to dispense with the printing thereof is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit is denied. *Mr. John Thomas Smith* for petitioner. *Messrs. E. Ennalls Berl, Murray C. Bernays, Henry Gale,* and *Abraham Friedman* for respondent.